UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br>JEFFREY L. DEAL,<br><br>        Defendant.<br>_____/ | No. C 11-02293 MEJ<br><br>**ORDER SCHEDULING CMC** |

This matter is hereby set for a case management conference on August 4, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by July 28, 2011.

**IT IS SO ORDERED.**

Dated: July 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge