UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>   v.<br>JEFFREY L. DEAL,<br><br>               Defendant.<br>_____/ | No. C 11-2293 MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER FOR DEFENDANT TO FILE DISPOSITIVE MOTION** |

     Having reviewed Plaintiff's case management statement, the Court hereby VACATES the August 4, 2011 Case Management Conference and ORDERS Plaintiff to file a dispositive motion (in compliance with Civil Local Rule 7) within 60 days from the date of this Order.

     Plaintiff shall serve this Order upon Defendant Jeffrey L. Deal.

     **IT IS SO ORDERED.**

Dated: July 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge